**Motion to Stay Dismissed; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 4, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00723-CV

---

## IN RE JASON JOSEPH LAUBENSTEIN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-37737**

---

## MEMORANDUM OPINION

On October 2, 2024, relator Jason Joseph Laubenstein filed a petition for writ of mandamus and a motion to stay in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Robert Schaffer, presiding judge of the 152nd District Court of Harris County, to rule on relator's motion to dismiss for lack of jurisdiction.

On October 2, 2024, counsel for relator notified this Court by letter that respondent ruled on the pending motion. According to relator, "[b]ecause the ruling has occurred, it appears that the mandamus petition is now moot."

A petition for a writ of mandamus for failure to rule is dismissed as moot when the trial court rules after the petition for writ of mandamus is filed. *See In re 4KBC Trucking*, LLC, No. 14-23-00675-CV, 2023 WL 7141209, at *1 (Tex. App.—Houston [14th Dist.] Oct. 31, 2023, orig. proceeding). We dismiss relator's petition for writ of mandamus as moot. We also dismiss relator's motion to stay as moot.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.